IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OLYMPIC INDUSTRIES, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 10-cv-645-JPG-PMF |
| **CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,** | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   February 7, 2011

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Jina Hoyt, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE